# THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF KENTUCKY
### at LOUISVILLE

Plaintiff: __UNITED STATES__

v.

Defendant: __Lazaro Javier Chaviano Barroso, et al.__

Case No: __3:25-cr-144-DJH__

\* \* \* \* \*

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of __Asurion__ in compliance with the provisions of: (*check one*)

☐ Rule 7.1, Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, which provides that any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☑ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, which provides that if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ The party does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

☐ The party has the following parent corporation(s): (Attach additional pages if needed.)

_____ Relationship _____

_____ Relationship _____

WDKy     (Rev. 6/22) Corporate Disclosure Statement

☐ The following publicly held corporation(s) own 10% or more of the party's stock: (Attach additional pages if needed.)

_____ Relationship _____ .

_____ Relationship _____ .

☐ Other (please explain)

_____

_____ .

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

| 10/16/2025 | Nicole S. Elver |
|---|---|
| Date | Signature |

Counsel for: United States